**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| WATERS INDUSTRIES, INC., an Illinois corporation, | ) ) ) |
| *Plaintiff,* | ) ) Case No. 1:13-cv-07191 |
| v. | ) ) Hon. Charles R. Norgle |
| OUTDOOR CAP CO., INC., an Arkansas corporation, | ) ) Mag. J. Sidney I. Schenkier ) |
| *Defendant.* | ) ) ) |

**Defendant's Motion to Transfer to the
Northern District of Oklahoma or Alternatively to the Western District of Arkansas**

Pursuant to 28 U.S.C. § 1404(a), Defendant Outdoor Cap Co., Inc. ("Outdoor Cap"), through its undersigned counsel, respectfully moves the Court to transfer venue to the United States District Court of the Northern District of Oklahoma or alternatively to the United States District Court of the Western District of Arkansas. The basis for this motion is set forth in the Memorandum in Support of Defendant's Motion to Transfer to the Northern District of Oklahoma or Alternatively to the Western District of Arkansas ("the Supporting Memorandum"), the attached Affidavit of Jerry House, the Complaint, and the exhibits being filed concurrently with this Motion and incorporated herein by reference.

WHEREFORE, for the reasons set forth in the Supporting Memorandum, Defendant respectfully requests that the Court enter an order transferring this case to the Northern District of Oklahoma or, alternatively, to the Western District of Arkansas.

Dated:  October 31, 2013	Respectfully submitted,


	*/s/ Marshall J. Schmitt*
	Marshall J. Schmitt  (6184893)
	  mjschmitt@michaelbest.com
	Gilberto E. Espinoza  (6277437)
	  geespinoza@michaelbest.com
	MICHAEL BEST & FRIEDRICH LLP
	Two Prudential Plaza
	180 N. Stetson Avenue, Suite 2000
	Chicago, Illinois  60601-6710
	Telephone:  312.222.0800
	Facsimile:  312.222.0818

	and

	Shawn M. Dellegar
	(*pro hac vice admission to be sought*)
	  sdellegar@hjklaw.com
	Mark G. Kachigian
	(*pro hac vice admission to be sought*)
	  mkachigian@hjklaw.com
	Erin Stewart
	(*pro hac vice admission to be sought*)
	  estewart@hjklaw.com
	HEAD, JOHNSON & KACHIGIAN, P.C.
	228 West 17th Place
	Tulsa, Oklahoma  74119
	Telephone:  918.587.2000

	*Attorneys for Defendant Outdoor Cap Co.*

2

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| WATERS INDUSTRIES, INC., an Illinois corporation,  )<br>)<br>*Plaintiff,*  )<br>)<br>v.  )<br>)<br>OUTDOOR CAP CO., INC., an Arkansas corporation,  )<br>)<br>*Defendant.*  )<br>) | Case No. 1:13-cv-07191<br><br>Hon. Charles R. Norgle<br><br>Mag. J. Sidney I. Schenkier |

**Certificate of Service**

I HEREBY CERTIFY that on this 31st day of October, 2013, a copy of the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system and was served on the following counsel as indicated below.

| | |
|---|---|
| Timothy P. Maloney<br>Eric L. Broxterman<br>**FITCH, EVEN, TABIN &FLANNERY**<br>120 South LaSalle Street, Suite 1600<br>Chicago, Illinois 60603 | ☒ Via CM/ECF Service<br>☐ Via First Class Mail<br>☐ Via E-mail:<br>tpmalo@fitcheven.com<br>ebroxterman@fitcheven.com |
| Glenn A. Rice<br>Vance L. Liebman<br>**FUNKHOUSER VEGOSEN LIEBMAN & DUNN LTD.**<br>55 West Monroe, Suite 2300<br>Chicago, Illinois 60603 | ☒ Via CM/ECF Service<br>☐ Via First Class Mail<br>☐ Via E-mail:<br>grice@fvldlaw.com<br>vliebman@fvldlaw.com |

*/s/ Marshall J. Schmitt*
Marshall J. Schmitt